# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
         Plaintiff  )
                )
        vs.  )
VARGAS - PEREZ ET AL  )
      Defendant(s)  )

CRIMINAL NO. 08CR997-LAB
08mj880

**ORDER**

**RELEASING MATERIAL WITNESS**

Booking No.

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

CARLOS CRUZ-LOZANO

DATED: 4/3/08

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
        DUSM

W. SAMUEL HAMRICK, JR.   Clerk
    by
            Deputy Clerk