# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>VARGAS - PEREZ ET AL )<br>Defendant(s) ) | CRIMINAL NO. 08cr997-LAB<br>08mj880<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

MARGARITO CRUZ - LOZANO

DATED: 4/3/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
            **DUSM**

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
            **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                ☆ U.S. GPO: 2003-581-774/70082