UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08cr917-LAB / 08mj880 |
| vs. | ) ) | ORDER |
| Saul VARGAS-PEREZ, Et Al | ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) ) | Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

KAROL ALVARADO-VALENCIA

DATED: 4/3/08

_____**Leo S. Papas**_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
     DUSM

W. SAMUEL HAMRICK, JR. Clerk
by J. [signature]
     Deputy Clerk